UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO MENDOZA-MERAZ,<br><br>　　　　　　　　Defendant. | NO:  1:15-CR-2005-TOR<br><br>PRELIMINARY ORDER OF FORFEITURE |

IT IS HEREBY ORDERED THAT:

As the result of the Defendant's guilty plea to Count 1 of the Superseding Information charging Manufacture of Marijuana, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B), for which the United States sought forfeiture of assets pursuant to 21 U.S.C. § 853, Defendant, ANTONIO MENDOZA-MERAZ, shall forfeit to the United States any property used or intended to be used to commit or facilitate the commission of controlled substance offense(s) and/or any property which represents or is traceable to proceeds of controlled substance violation(s).

PRELIMINARY ORDER OF FORFEITURE ~ 1

The Court has determined, based upon the Defendant's plea agreement (ECF No. 23), that the following asset is subject to forfeiture pursuant to 21 U.S.C. 853, and that the United States has established the requisite nexus between such assets described below, and such offense(s):

<u>U.S. CURRENCY</u>

Approximately $10,810.00 U.S. currency seized on or about October 1, 2014, by the United States Bureau of Land Management.

Upon the entry of this Order, the United States, and/or its agents and representatives are authorized to seize the above-listed assets subject to forfeiture, whether held by the Defendant or a third party, and to conduct any discovery proper in identifying, locating or disposing of property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

The United States shall publish notice of the order and its intent to dispose of the property. Pursuant to 21 U.S.C. § 853(n), the United States will post notice of this order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

PRELIMINARY ORDER OF FORFEITURE ~ 2

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified. Any person, other than the above-named Defendant, asserting a legal interest in the above-listed property may, within thirty (30) days of the last date of internet posting of notice, or by the date indicated on direct notice, if sent, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the above-listed forfeited assets and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the

PRELIMINARY ORDER OF FORFEITURE ~ 3

expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n), for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** June 3, 2015.

*signature: Thomas O. Rice*

THOMAS O. RICE
United States District Judge

PRELIMINARY ORDER OF FORFEITURE ~ 4